UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT MAHAFFEY § | |
| § | CIVIL ACTION NO. 3:22-cv-00346 |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| ECPJREO, LLC § | |
| § | |
| **Defendant** § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: January 10, 2023        Respectfully,

By:    */s/ R. Bruce Tharpe*
R. Bruce Tharpe

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF ROBERT MAHAFFEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Settlement has been forwarded to the Attorney representing the Defendant in this case, by electronic transmission and/or by depositing same in the U.S. mail, postage prepaid, on this 10th day of January, 2023 at the following address:

Mr. Branch M. Sheppard
GALLOWAY JOHNSON

1

1301 McKinney Street
Houston, Texas 77010

                        BY:    ***/s/ R. Bruce Tharpe***
                                   R. Bruce Tharpe